# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                                     Case No.:  6:20-CV-481-ADA

DELL TECHNOLOGIES INC., ET AL.


## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __Brian Barnes_____ , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent  _Dell Technologies Inc., Dell Inc., EMC Corp. and VMWare, Inc._

in this case, and would respectfully show the Court as follows:

1.    Applicant is an attorney and a member of the law firm (or practices under the name of)
     __Gibson, Dunn & Crutcher LLP_____ with offices at:

     Mailing address:  __1801 California Street_____

     City, State, Zip Code:  __Denver, CO  80202_____

     Telephone: __303.298.5755_____        Facsimile: __303.313.2863_____

2.    Since __November 19, 2019_____ , Applicant has been and presently is a

     member of and in good standing with the Bar of the State of __Colorado_____.

     Applicant's bar license number is __52842_____.

3.    Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Supreme Court of the State of Colorado | November 19, 2018 |
| United States Court of Appeals for the Federal Circuit | September 3, 2019 |
|  |  |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

NA

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

NA

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

NA

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel:   Barry K. Shelton

Mailing address:   311 RR 620S, Suite 205

City, State, Zip Code:   Austin, TX 78734

Telephone:   (512) 263-2165

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac

vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District

Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Brian Barnes

to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Brian Barnes

[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of

record and the original upon the Clerk of Court on this the ___7th___ day of __October_____, __2020__.

Brian Barnes

[printed name of Applicant]

[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                                        Case No.:  6:20-CV-481-ADA

DELL TECHNOLOGIES INC., ET AL.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by ___Brian Barnes_____, counsel for
Dell Technologies Inc., Dell Inc., EMC Corp., and
_VMWare, Inc._____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Brian Barnes_____ may appear on behalf of  Dell Technologies Inc., Dell Inc., EMC Corp., and VMWare, Inc.

in the above case.

IT IS FURTHER ORDERED that __Brian Barnes_____, if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of __October_____, 20_20_____.


_____
UNITED STATES DISTRICT JUDGE