**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS LLC,** | § | |
| *Plaintiff* | § | |
| | § | **6-20-cv-00480** |
| -v- | § | **6-20-cv-00481** |
| | § | **6-20-cv-00485** |
| **DELL TECHNOLOGIES INC.,  DELL** | § | **6-20-cv-00486** |
| **INC.,  EMC CORPORATION,** | § | |
| *Defendant* | § | |
| | § | |

### ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $17,899.91 |
| Defendant: | $17,899.91 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 27th day of May, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE